# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

141397

_____

In re SAMUEL C. ROGERS.

_____

SAMUEL C. ROGERS,
      Plaintiff-Appellant,

v

GENESEE COUNTY FRIEND OF THE COURT,
GENESEE CIRCUIT COURT, and GENESEE
COUNTY PROSECUTOR,
      Defendants-Appellees.

SC: 141397
COA: 298162

_____/

     On order of the Court, the application for leave to appeal the June 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2010

_____
Clerk

s0803